# United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| HOLLIE ROETHER, | |
|     Plaintiff, | |
| v. | CV 220-092 |
| STATE OF GEORGIA, et al., | |
|     Defendant. | |

**ORDER**

Before the Court is Plaintiff Hollie Roether's objection to the Court's Order adopting the Eleventh Circuit Court of Appeals' mandate as the Order of the Court. Dkt. No. 33. For the reasons stated below, Plaintiff's objection is **SUSTAINED.**

Judgment was entered dismissing Plaintiff's complaint on July 13, 2021. Dkt. No. 18. Plaintiff filed a motion for reconsideration on August 11, 2011. Dkt. No. 19. The Court denied the motion on September 15, 2011. Dkt. No. 21. Thereafter, Plaintiff filed a Notice of Appeal. Dkt. No. 24. The Notice of Appeal was initially docketed with a received date of October 18, 2021. Id. Upon Plaintiff's motion, the Court corrected the docketing date *nunc pro tunc* to October 15, 2021. Dkt. Nos. 29, 30. Plaintiff's Notice of Appeal was therefore timely filed. See 28 U.S.C. § 2107(a). The Court of Appeals was not made aware of the corrected docketing date and dismissed

Plaintiff's appeal as untimely. Dkt. No. 31. This Court adopted the Court of Appeals' mandate as the Order of this Court. Dkt. No. 32.

Plaintiff now objects to the Court's adoption order and urges the Court to clarify with the Court of Appeals the correct filing date of Plaintiff's Notice of Appeal. Dkt. No. 33. Finding merit in Plaintiff's argument, the Court **SUSTAINS** her objection. The Clerk is **DIRECTED** to resubmit Plaintiff's Notice of Appeal to the Court of Appeals, noting the corrected filing date, along with a copy of this Order.

**SO ORDERED**, this 7th day of December, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA